# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS/ST. JOHN

| | | |
|---|---|---|
| Travelers Casualty and Surety Company of America, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-00009 |
| Donoe Redevelopment Partners, LLC, Virgin Islands Housing Authority, Popular, Inc., Banco Popular de Puerto Rico, Hunt Capital Partners, LLC, HCP-ILP, LLC, Donoe MM, LLC, VI Donoe, Inc., Pennrose Holdings, LLC, and Pennrose PHL, LLC | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Travelers Casualty and Surety Company of America ("Travelers") and Defendants Donoe Redevelopment Partners, LLC, Virgin Islands Housing Authority, Popular, Inc., Banco Popular de Puerto Rico, Hunt Capital Partners, LLC, HCP-ILP, LLC, Donoe MM, LLC, VI Donoe, Inc., Pennrose Holdings, LLC, and Pennrose PHL, LLC (collectively, "Defendants") hereby stipulate to the following:

1. The Parties have resolved all disputes and controversies existing between them.

2. Travelers agrees to dismiss, with prejudice, its Complaint against Defendants.

The Parties pray that upon submission of this stipulation the Court enter an order dismissing with prejudice all claims in the above-entitled cause of action and further request that the costs incurred in the prosecution and defense of this matter be taxed against the Party incurring

1

the same. Plaintiff and Defendants agree that they will not make an application for attorneys' fees and costs.

SO STIPULATED

DATED: October 2, 2023               Respectfully submitted

By:    */s/ John K. Dema*
John K. Dema
V.I. Bar No. 357
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5008
Phone: (340) 773-6142
E-mail: jdema@demalaw.com

*Attorneys for Travelers Casualty and Surety Company of America*

By:    */s/ Steven W. Klutkowski*
Steven W. Klutkowski
Duke Holzman Photiadis & Gresens LLP
701 Seneca Street
Suite 750
Buffalo, NY 14210
716-855-1111
716-855-0327 (fax)
sklutkowski@dhpglaw.com

Christopher Allen Kroblin
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St Thomas, VI 00802-3602
340-779-2564
1-888-316-9269 (fax)
ckroblin@kellfer.com

*Attorneys for Donoe MM, LLC, Donoe Redevelopment Partners, LLC, HCP-ILP, LLC, Hunt Capital Partners, LLC, Pennrose Holdings, LLC, Pennrose PHL, LLC, and VI Donoe, Inc.*

2

|  |  |
|---|---|
| By: | */s/ Alex M. Moskowitz* |
|  | Alex M. Moskowitz |
|  | Lisa Michelle Komives |
|  | Dudley Newman Feuerzeig LLP |
|  | 1000 Frederiksberg Gade |
|  | PO Box 756 |
|  | St. Thomas, VI 00804 |
|  | 340-513-7243 |
|  | amoskowitz@dnfvi.com |

*Attorneys for Popular, Inc. and Banco Popular De Puerto Rico*

|  |  |
|---|---|
| By: | */s/ Carol Ann Rich* |
|  | Carol Ann Rich |
|  | Malorie Diaz |
|  | Dudley & Rich |
|  | 5194 Dronningens Gade |
|  | Suite 3 |
|  | St. Thomas, VI 00802 |
|  | 340-776-7474 |
|  | 340-776-7474 (fax) |
|  | crich@dudleylaw.com |

*Attorneys for VI Donoe, Inc. and Virgin Islands Housing Authority*